IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMYATTA BILLINGSLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-13-777-HE |
| | ) |
| THE STATE OF OKLAHOMA ex rel. | ) |
| DEPARTMENT OF HUMAN SERVICES; | ) |
| and LINDA VOTH, in her individual | ) |
| capacity as District Director, | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, the undersigned counsel for the Plaintiff, Kimyatta Billingsley, and the Defendants, the Oklahoma Department of Human Services and Linda Voth, hereby jointly stipulate to the dismissal of the above-styled action *with prejudice*, with each party to bear its own attorney fees and costs.

Dated this 24th day of July, 2014.

Respectfully submitted,

*s/LAUREN W. JOHNSTON\**
Jana B. Leonard (OBA #17844)
Lauren W. Johnston (OBA #22341)
LEONARD & ASSOCIATES, PLLC
8265 S. Walker Oklahoma City, OK  73139

Telephone:  (405) 239-3800
Facsimile:  (405) 239-3801
E-mail:  leonardjb@leonardlaw.net
E-mail:  johnstonlw@leonardlaw.net

*Attorneys for Plaintiff*

*s/ RICHARD W. FREEMAN, JR.*
John E. Douglas (OBA #2447)
Richard A. Resetaritz (OBA #7510)
Richard W. Freeman, Jr. (OBA #3130)
Assistant General Counsel Department of Human Services
P. O. Box 25352 Oklahoma City, OK 73125-0352

Telephone:  (405) 521-3638
Facsimile:  (405) 521-6816
E-mail:  John.Douglas@okdhs.org
E-mail:  Richard.Resetaritz@okdhs.org
E-mail:  Richard.Freeman@okdhs.org

*Attorneys for Defendants.*

***Signed by filing attorney with permission.***

*Certificate of Service*

[✔] I hereby certify that on (date) July 26, 2014 _____, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

Jana B. Leonard
Lauren W. Johnston
Leonard & Associates, P.L.L.C.

(Attorneys for Plaintiff)

[ ] I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

Richard W. Freeman, Jr.
_____
s/ Attorney Name

3